IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEAN C. BOYD                                                                                           PLAINTIFF

CAUSE NO. 4:20-CV-00192-GHD-DAS

REGINALD-C.N.A.,
COLLIER-RADIOLOGIST                                                                          DEFENDANTS

ORDER DIRECTING PLAINTIFF TO SUBMIT
IDENTIFYING INFORMATION FOR DEFENDANTS

On November 5, 2020, Plaintiff Dean C. Boyd, proceeding *pro se*, filed the instant civil rights action challenging the conditions of his confinement under 42 U.S.C. § 1983. Doc. # 1. In his complaint, Plaintiff named "Reginald-C.N.A." and "Collier-Radiologist" as Defendants and identified them as employees of the Mississippi Department of Corrections ("MDOC"). *See id.* The Court entered a Process and Scheduling Order on April 9, 2021, allowing Plaintiff's claims to proceed forward. Doc. # 11. Counsel for MDOC, however, recently notified the Court that he is unable to represent named Defendants because "MDOC has no record of anyone matching the description of the named Defendants having been employed by MDOC." Doc. # 15. The instant action cannot proceed forward until Defendants have been served with process. Accordingly, Plaintiff is directed to provide the Court with Defendants' full names and last known addresses within twenty-one (21) days from the date of this order. Plaintiff's failure to do so may result in dismissal of this action.

**SO ORDERED**, this the 1st day of June, 2021.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**