IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEAN C. BOYD                                                                                           PLAINTIFF

CAUSE NO. 4:20-CV-00192-GHD-DAS

REGINALD-C.N.A.,
COLLIER-RADIOLOGIST                                                                        DEFENDANTS

ORDER GRANTING DEFENDANT'S MOTION FOR LIMITED DISCOVERY

This matter comes before the Court upon Defendant Collier-Radiologist's motion [35] for leave to conduct limited discovery. Plaintiff Dean C. Boyd filed the instant civil rights action against Defendants "Reginald-C.N.A." and "Collier-Radiologist" believing them to be employees of the Mississippi Department of Corrections ("MDOC"). Doc. # 1. After learning that Defendants were not MDOC employees, the Court entered a Process Order on June 9, 2021, directing that they be served with process. Doc. # 19. Service of process for Defendant Collier was executed on June 15, 2021, *see* Doc. # 23, and Collier filed an answer to Boyd's complaint on August 2, 2021. Doc. 27. On August 4, 2021, the Court entered a Scheduling Order setting out various deadlines and directing Defendant(s) to provide Boyd with limited discovery, particularly MDOC institutional records relevant to the claims asserted. Doc. # 29. Defendant Collier, however, is not an MDOC employee, and, consequently, does not have access to such records. *See* Doc. # 35. Thus, Collier now moves for leave to subpoena the relevant records from MDOC so that they may be produced to Boyd as required by the Court's order. *Id.* The Court finds the instant motion [35] is well-taken and is, therefore, **GRANTED**. Accordingly, Defendant Collier is permitted leave to conduct the limited discovery as requested.

**SO ORDERED**, this the 4th day of October, 2021.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**