IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEAN C. BOYD                                                                **PLAINTIFF**

CAUSE NO. 4:20-CV-00192-GHD-DAS

REGINALD-C.N.A.,
COLLIER-RADIOLOGIST                                      **DEFENDANTS**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On August 4, 2021, the Court entered a Scheduling Order directing the plaintiff to submit a witness and exhibit list on or before October 31, 2021. Doc. #29. The order further advised the plaintiff that failure to submit his witness and exhibit lists would result in the dismissal of his case. *Id.* Despite the court's directive, the plaintiff failed to the submit these lists. *Id.* Consequently, the Court entered an order on November 9, 2021, directing Plaintiff to show cause within twenty-one days why his case should not be involuntarily dismissed as provided by Federal Rule of Civil Procedure 41(b) for failure to prosecute or obey an order of the Court. Doc. # 45.

Plaintiff submitted a response to the show cause order on November 30, 2021. Doc. # 47. In his response, Plaintiff wholly failed to explain why he had not filed the requisite witness and exhibit lists nor did he submit them. *Id.* Instead, Plaintiff merely advanced general allegations related to his claims. *Id.* Because Plaintiff both failed to show cause and further has still failed to submit these lists, the Court finds that the instant case is hereby **DISMISSED without prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the __2nd__ day of December, 2021.

_____
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**